**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAY 12  PM 1: 12

CLERK C Reynolds
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| FRED SCHNEIDER, | ) |
| Plaintiff, | ) |
| v. | ) CV 305-158 |
| JAMES DONALD et al., | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendant Donald is **DISMISSED** from this action. Plaintiff's plea for damages is also **DISMISSED**. Plaintiff's claims other than those raised in his March 28, 2005, prison grievance likewise are **DISMISSED**.

SO ORDERED this 12th day of May, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE