ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 SEP 22 AM 11: 36

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FRED SCHNEIDER, )
)
Plaintiff, )
)
v. ) CV 305-158
)
JOHN D. FERGUSON et al., )
)
Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for a preliminary injunction (doc. 42) is **DENIED**.

SO ORDERED this 22nd day of September, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE